IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| HARRY SHAROD JAMES-EL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 1:20CV517 |
| THE PEOPLE'S REPUBLIC OF CHINA, et al., | ) ) ) ) | |
| Defendant(s). | ) | |

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

IT IS THEREFORE ORDERED that this action is DISMISSED pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted.

This, the 2nd day of July 2020.

/s/ Loretta C. Biggs
United States District Judge